I. Complaint brought pursuant to 42 U.S.C. § 1983 or pursuant to the Bivens case.

Sovayda Vasquez
Full name

107317
Prisoner or registration number

811 W. 50 N.
Street address or postal box number

Rockville, Indiana 47872
City, State and zip code

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. _____

Sovayda Vasquez _____ Plaintiff

Vs.

Julie Stout, Supt _____ Defendant, ET AL
Rockville Correctional Facility
811 W. 50 N Ind Dept of Corrections
Rockville, Indiana 47872

# CIVIL RIGHTS COMPLAINT

## A. PARTIES

1. I, Sovayda Vasquez, DOC# 107317, am a citizen of Indiana and presently reside at, Rockville Correctional Facility, Indiana Department of Corrections, 811 W 50 N, Rockville, Indiana 47872.

2. Defendant Julie Stuart is a citizen of the state of Indiana whose mailing address 811 W 50 N Rockville, In 47872 and who is employed as Superintendent Ind Dept of Corrections Rockville Correctional Facility

3. Defendant Dick Brown is a citizen of the state of Indiana whose address is 811 W. 50 N Rockville, In 47872 and who is employed as Asst Superintendent of Rockville Corr Facility I.D.o.C

4. Defendant Jerry Newlin Rockville Ind Dept of Corrections 811 W. 50 N. Rockville, In 47872. (Prison Investigator)

5. " Roger Heitzman 811 W 50 N Rockville, Indiana. Prison Guard. Ind Dept of Correction, Rockville Corr Facility Rockville, Indiana. 47872.

6. " Fran Smith 811 W. 50 N. Rockville, Indiana Ind Dept of Correction (unit Team manager Housing unit 4 Rockville, Indiana 47872.

## B. JURISDICTION

1. This cause of action is brought pursuant to (check one)

    **✓** 42 U.S.C. § 1983 (applies to state prisoners)

    _____ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (applies to federal prisoners)

2. _____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343 (a) (3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## C. NATURE OF THE CASE

(Briefly state the background of your case).

Claim against Prison Guard "Roger Hetzman" Rockville Correctional Facility, - On or About September 30, 2018 I Sovayda Vasquez A Female inmate housed at The I.D.O.C Rockville Corr Fac. lity 811 w 50 N Rockville, Indiana 47872, reported A "Sexual Assault" / "Sexual Harassment" To The Prison ASST Superintendent Mr. Dick Brown, who in Turn referred me To The prison investigator Mr. Terry Newlin. I was then Told I would have To Allow Custody To ASS.ST and retrieve The necessary evidence of my Claim(S) I Complied with orders. Then upon Mr. Hetzman bringing in The Promised goods Such as Tobacco Benadryl food... and Then my meeting him on work-s.to where he was Caught by Custody Sexually Touching me by fondling me, kissing me. Then The Staff who witnessed This Controlled the Situation still put... and Mr. Hetzman was arrested/...

Nature of Case - Continued...

Shortly after officer Holtzman was arrested...
I was placed in the prison secure quarters for
protective custody, on 10/16/08 until 10-17-08
when placed back into open population, problems
continued to rise with inmates and some staff
in custody harassing me... (verbally) I then spoke
with "Fran Smith" who has no assistance toward
resolving any problems involved with this claim.

# D. CAUSE OF ACTION

Claim I: Eigth Amendment violated when a deliberate indifference, when IDOC failed to protect me from harm in the hands of employee Guard Roger Heitzman. Serious risk occurred. Both physically, emotionally when Guard Roger Heitzman Sexually assaulted me.

Supporting Facts: On the night October 2nd 2008 prison staff witnessed prison Guard Roger Heitzman inside enclosed closet with me in his care, fondling and kissing me pride inside the closet. The threat of Sexual assault occurred.

Claim II: Protective Custody took place 10-6-08 4 weeks after I reported the Sexual assaults. The sexual activities had a time span from the end of June through Oct 2nd 2008. violating 14th Fourteenth Amendment Right to Liberty interest — protection

Supporting Facts:

I the Plaintiff in the above mention matter will make notice to the Court that incidents took place from June Three — October 2nd, 2008. I reported this to the Asst Supt Dick Brown 1st on Sept 30, 2008. I Am Seeking Damages for (Personal Compensatory damage. Request the Court to Appoint Counsel. Damages for (personal injury.)
inadequate practice of policies enflicted a "deliberate indifference Against "Cruel and unusual punishment."
- request for an instruction due to conflict of interest

# E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet, which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF."

a. Parties to previous lawsuit:\
Plaintiff(s): _____
Defendant(s): _____

b. Name and location of court and docket number

_____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

_____

d. Issues raised: _____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ____ Yes ____ No.
If your answer is "Yes", briefly describe how relief was sought and the result.

3. I have exhausted available administrative remedies. ✓ Yes ____ No. If your answer is "Yes", briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No", briefly explain why administrative remedies were not exhausted.
- Took matter of incident to the prison Asst Supt. Dick Brown
- Prison investigator mr. Jerry Ward was informed.
- protective custody utilized eventually. Cite Case File

# F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

b. Name and location of court and docket number _____

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

# G. REQUEST FOR RELIEF

I request the following relief: _____

_____

_____

_____

Prisoner's Original Signature

Original signature of attorney (if any)

# MOTION AND AFFIDAVIT FOR LEAVE
# TO PROCEED IN FORMA PAUPERIS

I, __Sovayda Vasquez__, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: _✓_ Yes ___ No ( If "No" DO NOT USE THIS FORM)
   If "Yes" state the place of your incarceration: __Rockville Correctional Facility__

2. Are you currently employed? _✓_ Yes ___ No
   a. If the answer is "Yes" state the amount of your pay per month: __$13.00__
   b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment: ___ Yes _✓_ No
   b. Rent payments, interest or dividends: ___ Yes _✓_ No
   c. Pensions, annuities or life insurance payments: ___ Yes _✓_ No
   d. Disability or workers compensation payments: ___ Yes _✓_ No
   e. Gifts or inheritances: ___ Yes _✓_ No
   f. Any other sources: ___ Yes _✓_ No

If the answer to any of the above is "Yes," describe by that item each source of money and state the amount received and what you expect you will continue to receive. Attach an additional sheet if necessary.

4. Do you have cash or checking or savings accounts? ___ Yes _✓_ No

   If "Yes," state the total amount of funds on deposit: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, jewelry, automobiles or other valuable property? ___ Yes _✓_ No

   If "Yes" describe the property and state its value: _____

6. Do you have any other assets? ___ Yes _✓_ No

   If "Yes" list the asset(s) and state the value of each asset listed:

   _____

   _____

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.

   _11-3-08_              _Jouayda Vaaguen_
   DATE                         ORIGINAL SIGNATURE OF APPLICANT

```
TFMITRAN              OFFENDER TRUST SYSTEM            11/05/08   8:00:36
LOC: RTC              TRANSACTION HISTORY INQUIRY               USER: RTC098

  OFFENDER NO  107317     NAME: VASQUEZ       SOVAYDA          J

  FROM DATE: 05 / 05 / 2008  TO DATE: 11 / 05 / 2008  STATUS: AC  HSE UNIT: SQ

                         ENDING BALANCE (END OF MONTH)=        $0.33
   DOCMT       TRAN                          TRAN  POST     BATCH   TRAN      ACCOUNT
   NUMBER      CODE    DESCRIPTION           TYPE  DATE      NO.    AMOUNT    NUMBER
   ========    ====    ==================    ====  ========  ====   ========  ======
   RTC 11/03   COMM    RTC-110308-01357 / 001  D  11/03/2008 013    $21.49    107317
   FLOOR CREW  SP09                            C  10/29/2008 082    $11.70    107317
   SP09        ADJD    POSTING ERROR           D  10/29/2008 058    $10.73    107317
   FLOOR CREW  SP09                            C  10/29/2008 050    $10.73    107317
   RTC 10/28   COMM    RTC-102808-01027 / 001  D  10/28/2008 010    $19.96    107317
   394706      POMO    SANJUANA LUNA           C  10/27/2008 014    $30.00    107317
   RTC 10/23   COMM    RTC-102308-01116 / 001  D  10/23/2008 008    $7.86     107317
   0000020855  ELE4    ELEC COPY PURCHASE      D  10/18/2008 004    $0.10     107317
   COINMACH    EPUR    0977 S. VASQUEZ         D  10/09/2008 012    $10.00    107317
   393503      POMO    ROSIE DAVIS             C  10/08/2008 015    $5.00     107317
   PAGE : 0001
   TRANSACTION INQUIRY COMPLETE
   PF2=DISPLAY TRANSACTIONS   PF7=PG/UP  PF8=PG/DN  *PF9=CLEAR SCREEN*   PF10=EXIT
   4-C              1 Sess-1  10.1.23.59              TCP05027         4/16
```

```
TFMITRAN                    OFFENDER TRUST SYSTEM              11/05/08   8:00:36
LOC: RTC                   TRANSACTION HISTORY INQUIRY                USER: RTC098

   OFFENDER NO  107317      NAME: VASQUEZ        SOVAYDA        J

   FROM DATE: 05 / 05 / 2008  TO DATE: 11 / 05 / 2008  STATUS: AC  HSE UNIT: SQ

                              ENDING BALANCE (END OF MONTH)=         $0.33
   DOCMT         TRAN                              TRAN    POST   BATCH    TRAN      ACCOUNT
   NUMBER        CODE    DESCRIPTION               TYPE    DATE   NO.      AMOUNT    NUMBER
   ==========    ====    =========================  ====   ======= ====    ========  ======
   RTC 10/07     COMM    RTC-100708-00007  /  001    D    10/07/2008 010    $12.91   107317
   FLOOR CREW SP08                                   C    09/30/2008 035    $10.73   107317
   0003722767    ELEC    ATKINSON,LARRY              C    09/28/2008 001    $15.00   107317
   RTC 09/25     COMM    RTC-092508-00101  /  001    D    09/25/2008 012     $5.00   107317
   0000013067    ELE4    ELEC COPY PURCHASE          D    09/19/2008 005     $0.10   107317
   391758        POMO    ROSIE DAVIS                 C    09/15/2008 010     $5.00   107317
   RTC 09/10     COMM    RTC-091008-01132  /  001    D    09/10/2008 005    $47.02   107317
   COMM CR       ADJC    RTC-090308-01334/REFUND     C    09/05/2008 001     $2.23   107317
   390952        POMO    ROMAN LUNA                  C    09/04/2008 007    $25.00   107317
   0003590100    ELEC    ROBERTS,WALTER              C    09/04/2008 001    $20.00   107317
   PAGE : 0002

   PF2=DISPLAY TRANSACTIONS  PF7=PG/UP  PF8=PG/DN  *PF9=CLEAR SCREEN*  PF10=EXIT
   4-                 1 Sess-1   10.1.23.               TCP05027              4/16
```

```
TFMITRAN                      OFFENDER TRUST SYSTEM            11/05/08    8:00:36
LOC: RTC                    TRANSACTION HISTORY INQUIRY              USER: RTC098

   OFFENDER NO  107317      NAME: VASQUEZ          SOVAYDA        J

   FROM DATE: 05 / 05 / 2008  TO DATE: 11 / 05 / 2008   STATUS: AC  HSE UNIT: SQ

                              ENDING BALANCE (END OF MONTH)=        $0.33
   DOCMT          TRAN                                TRAN   POST    BATCH   TRAN      ACCOUNT
   NUMBER         CODE    DESCRIPTION                 TYPE   DATE    NO.     AMOUNT    NUMBER
   ========       ====    =========================   ====   =====   ====    ========  ======
   RTC 09/03      COMM    RTC-090308-01334  /  001     D    09/03/2008 005   $17.83    107317
   0000009841     ELE2    ELEC STAMP PURCHASE          D    08/26/2008 004    $2.70    107317
   FLOOR CREW SP07                                     C    08/25/2008 049   $15.60    107317
   COMM CR        ADJC    RTC-082008-01130/REFUND      C    08/23/2008 001    $3.64    107317
   RTC 08/20      COMM    RTC-082008-01130  /  001     D    08/20/2008 012   $25.61    107317
   0003433020     ELEC    ROBERTS,WALTER               C    08/06/2008 001   $20.05    107317
   388942         POMO    ROSIE DAVIS                  C    08/05/2008 007    $5.00    107317
   COMM CR        ADJC    RTC-073008-01310/REFUND      C    08/02/2008 001    $1.20    107317
   COMM CR        ADJC    RTC-073008-00498/REFUND      C    08/02/2008 001    $0.41    107317
   RTC 07/30      COMM    RTC-073008-01310  /  001     D    07/30/2008 015   $42.69    107317
   PAGE : 0003

   PF2=DISPLAY TRANSACTIONS   PF7=PG/UP  PF8=PG/DN   *PF9=CLEAR SCREEN*   PF10=EXIT
   4-"                1 Sess-1   10.1.23.59              TCP05027            4/16
```

```
TFMITRAN                    OFFENDER TRUST SYSTEM              11/05/08   8:00:36
LOC: RTC                  TRANSACTION HISTORY INQUIRY              USER: RTC098

OFFENDER NO  107317     NAME: VASQUEZ         SOVAYDA          J

FROM DATE: 05 / 05 / 2008  TO DATE: 11 / 05 / 2008  STATUS: AC  HSE UNIT: SQ

                         ENDING BALANCE (END OF MONTH)=       $0.33
 DOCMT         TRAN                            TRAN   POST    BATCH   TRAN       ACCOUNT
 NUMBER        CODE    DESCRIPTION             TYPE   DATE    NO.     AMOUNT     NUMBER
 ==========    ====    ====================    ====   ======= ====    ========== ======
 RTC 07/30     COMM   RTC-073008-00498  /  001   D   07/30/2008 015     $9.08    107317
 8000007382    ELE2   ELEC STAMP PURCHASE        D   07/30/2008 004     $0.15    107317
 0000007319    ELE2   ELEC STAMP PURCHASE        D   07/29/2008 003     $1.35    107317
 0003386234    ELEC   ROBERTS,WALTER             C   07/29/2008 001    $20.00    107317
 8000006748    ELE2   ELEC STAMP PURCHASE        D   07/26/2008 003     $0.15    107317
 0000006746    ELE2   ELEC STAMP PURCHASE        D   07/26/2008 003     $0.30    107317
 COMM CR       ADJC   RTC-072308-01121/REFUND    C   07/26/2008 001     $1.19    107317
 0003368340    ELEC   ROBERTS,WALTER             C   07/25/2008 002    $20.05    107317
 FLOOR CREW    SP06                              C   07/23/2008 060    $12.68    107317
 RTC 07/23     COMM   RTC-072308-01121  /  001   D   07/23/2008 006    $40.23    107317
 PAGE : 0004

 PF2=DISPLAY TRANSACTIONS  PF7=PG/UP  PF8=PG/DN   *PF9=CLEAR SCREEN*  PF10=EXIT
 4-                 1 Sess-1    10.1.23.59                 TCP05027          4/16
```

```
TFMITRAN                    OFFENDER TRUST SYSTEM            11/05/08   8:00:36
LOC: RTC                   TRANSACTION HISTORY INQUIRY             USER: RTC098

   OFFENDER NO  107317     NAME: VASQUEZ         SOVAYDA         J

   FROM DATE: 05 / 05 / 2008   TO DATE: 11 / 05 / 2008   STATUS: AC  HSE UNIT: SQ

                            ENDING BALANCE (END OF MONTH) =      $0.33
    DOCMT        TRAN                              TRAN   POST     BATCH    TRAN         ACCOUNT
    NUMBER       CODE      DESCRIPTION             TYPE   DATE     NO.      AMOUNT       NUMBER
    ==========   ====      =====================   ====   ======== ====     ==========   ======
    387718       POMO  KENNETH SAMS                  C    07/17/2008 009      $20.00     107317
    RTC 07/17    COMM  RTC-071708-00240   /  001     D    07/17/2008 005       $2.50     107317
    RTC 07/16    COMM  RTC-071608-01094   /  001     D    07/16/2008 012      $20.04     107317
    0003323869   ELEC  ROBERTS,WALTER                C    07/16/2008 001      $20.05     107317
    0000005141   ELE2  ELEC STAMP PURCHASE           D    07/12/2008 003       $2.70     107317
    COINMACH     EPUR                                D    07/10/2008 004      $15.00     107317
    387066       POMO  ROSIE DAVIS                   C    07/09/2008 010       $5.00     107317
    0003276202   ELEC  ROBERTS,WALTER                C    07/08/2008 001      $20.00     107317
    COMM CR      ADJC  RTC-070108-00936/REFUND       C    07/03/2008 001       $0.94     107317
    COMM CR      ADJC  RTC-070108-00348/REFUND       C    07/03/2008 001       $6.65     107317
    PAGE : 0005

    PF2=DISPLAY TRANSACTIONS   PF7=PG/UP  PF8 PG/DN    *PF9=CLEAR SCREEN*   PF10=EXIT
    4-              1 Sess-1    10.1.23.59                   TCP05027          4/16
```

```
TFMITRAN                OFFENDER TRUST SYSTEM           11/05/08   8:00:36
LOC: RTC               TRANSACTION HISTORY INQUIRY              USER: RTC098

OFFENDER NO  107317    NAME: VASQUEZ        SOVAYDA         J

FROM DATE: 05 / 05 / 2008  TO DATE: 11 / 05 / 2008  STATUS: AC  HSE UNIT: SQ

                          ENDING BALANCE (END OF MONTH)=      $0.33
   DOCMT       TRAN                               TRAN  POST    BATCH   TRAN      ACCOUNT
   NUMBER      CODE      DESCRIPTION              TYPE  DATE    NO.     AMOUNT    NUMBER
   ========    ====      ======================   ====  ======= ====    ========  ======
   SUBWAY      EPUR                                D    07/02/2008 017    $12.00  107317
   G&M ORDER   EPUR                                D    07/02/2008 012    $34.98  107317
   RTC 07/01   COMM RTC-070108-00936   /   001     D    07/01/2008 006    $49.70  107317
   RTC 07/01   COMM RTC-070108-00348   /   001     D    07/01/2008 006    $15.67  107317
   COMM CR     ADJC RTC-062508-00288/REFUND        C    06/28/2008 001     $1.86  107317
   0000004728  ELE2 ELEC STAMP PURCHASE            D    06/27/2008 004     $2.70  107317
   386261      POMO SANJUANA LUNA                  C    06/26/2008 013    $25.00  107317
   RTC 06/25   COMM RTC-062508-01108   /   001     D    06/25/2008 010    $49.86  107317
   RTC 06/25   COMM RTC-062508-00288   /   001     D    06/25/2008 010    $14.30  107317
   0003209247  ELEC ROBERTS,WALTER                 C    06/24/2008 001    $35.00  107317
   PAGE : 0006

   PF2=DISPLAY TRANSACTIONS   PF7=PG/UP   PF8=PG/DN   *PF9=CLEAR SCREEN*  PF10=EXIT
   4-              1 Sess-1    10.1.23.59                 TCP05027            4/16
```

```
TFMITRAN                    OFFENDER TRUST SYSTEM              11/05/08   8:00:36
LOC: RTC                  TRANSACTION HISTORY INQUIRY                 USER: RTC098

   OFFENDER NO  107317      NAME: VASQUEZ         SOVAYDA          J

   FROM DATE: 05 / 05 / 2008   TO DATE: 11 / 05 / 2008   STATUS: AC  HSE UNIT: SQ

                              ENDING BALANCE (END OF MONTH) =      $0.33
    DOCMT        TRAN                               TRAN   POST     BATCH    TRAN       ACCOUNT
    NUMBER       CODE    DESCRIPTION                TYPE   DATE     NO.      AMOUNT     NUMBER
    =========    ====    ===========================  ====  ==========  ====  ==========  ======
    0003195111   ELEC    ROBERTS,WALTER              C     06/21/2008  002       $20.00   107317
    COMM CR      ADJC    RTC-061808-01792/REFUND     C     06/21/2008  001        $6.16   107317
    0000004392   ELE2    ELEC STAMP PURCHASE         D     06/19/2008  003        $2.70   107317
    RTC 06/18    COMM    RTC-061808-01792  /  001    D     06/18/2008  009        $6.16   107317
    RTC 06/18    COMM    RTC-061808-01268  /  001    D     06/18/2008  009       $47.98   107317
    RTC 06/18    COMM    RTC-061808-00424  /  001    D     06/18/2008  009        $5.87   107317
    0003158282   ELEC    ROBERTS,WALTER              C     06/14/2008  001       $20.00   107317
    RTC 06/11    COMM    RTC-061108-00954  /  001    D     06/11/2008  005       $37.21   107317
    RTC 06/11    COMM    RTC-061108-00351  /  001    D     06/11/2008  005       $13.19   107317
    COINMACH     ISRV    0977                        D     06/10/2008  012       $10.00   107317
    PAGE : 0007

    PF2=DISPLAY TRANSACTIONS  PF7=PG/UP  PF8=PG/DN   *PF9=CLEAR SCREEN*  PF10=EXIT
    4-                   1 Sess-1    10.1.23.59                TCP05027       4/16
```

```
TFMITRAN                    OFFENDER TRUST SYSTEM              11/05/08   8:00:36
LOC: RTC                   TRANSACTION HISTORY INQUIRY              USER: RTC098

   OFFENDER NO  107317     NAME: VASQUEZ          SOVAYDA          J

   FROM DATE: 05 / 05 / 2008   TO DATE: 11 / 05 / 2008   STATUS: AC  HSE UNIT: SQ

                              ENDING BALANCE (END OF MONTH) =       $0.33
   DOCMT       TRAN                              TRAN   POST      BATCH   TRAN       ACCOUNT
   NUMBER      CODE     DESCRIPTION              TYPE   DATE       NO.    AMOUNT     NUMBER
   ==========  ====  =========================   ====  ==========  ====  ==========  ======
   385095      POMO  KENNY SAMS                   C    06/10/2008  006      $20.00   107317
   0000003983  ELE2  ELEC STAMP PURCHASE          D    06/10/2008  003       $2.70   107317
   384857      POMO  ROSIE DAVIS                  C    06/06/2008  008       $5.00   107317
   RTC 06/04   COMM  RTC-060408-01099   /  001    D    06/04/2008  007      $49.58   107317
   RTC 06/04   COMM  RTC-060408-00361   /  001    D    06/04/2008  007      $24.81   107317
   384547      POMO  LEON MARTIN JR               C    06/03/2008  011      $40.00   107317
   0000003676  ELE2  ELEC STAMP PURCHASE          D    06/01/2008  002       $2.70   107317
   0003083575  ELEC  ROBERTS,WALTER               C    05/31/2008  002      $15.00   107317
   RTC 05/28   COMM  RTC-052808-00009   /  001    D    05/28/2008  007      $10.79   107317
   0000003362  ELE2  ELEC STAMP PURCHASE          D    05/24/2008  002       $2.70   107317
   PAGE : 0008

   PF2=DISPLAY TRANSACTIONS   PF7=PG/UP   PF8=PG/DN    *PF9=CLEAR SCREEN*   PF10=EXIT
   4-                 1 Sess-1   10.1.23.59                TCP05027              4/16
```

```
TFMITRAN                   OFFENDER TRUST SYSTEM           11/05/08  8:00:36
LOC: RTC                  TRANSACTION HISTORY INQUIRY         USER: RTC098

  OFFENDER NO  107317    NAME: VASQUEZ         SOVAYDA        J

  FROM DATE: 05 / 05 / 2008  TO DATE: 11 / 05 / 2008  STATUS: AC  HSE UNIT: SQ

                              ENDING BALANCE (END OF MONTH)=      $0.33
    DOCMT       TRAN                              TRAN  POST    BATCH   TRAN      ACCOUNT
    NUMBER      CODE      DESCRIPTION             TYPE  DATE    NO.     AMOUNT    NUMBER
    ========    ====  ========================    ====  ========  ====  ========  ======
    383520      POMO  LEON MARTINEZ                C    05/16/2008 010   $10.00   107317
    RTC 05/14   COMM  RTC-051408-00003   /   001   D    05/14/2008 008    $9.09   107317
    383221      POMO  LEON MARTIN                  C    05/13/2008 009   $10.00   107317
    0000002783  ELE2  ELEC STAMP PURCHASE          D    05/10/2008 003    $2.70   107317
    382730      POMO  ROSIE DAVIS                  C    05/07/2008 012    $5.00   107317
    382728      POMO  WALTER ROBERTS               C    05/07/2008 012   $50.00   107317



    PAGE : 0009

    PF2=DISPLAY TRANSACTIONS   PF7=PG/UP  PF8=PG/DN   *PF9=CLEAR SCREEN*  PF10=EXIT
       4-C             1 Sess-1   10.1.23.59              TCP05027            4/16
```